AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

LETTA D. GORMAN, INDIVIDUALLY,
DBA GORMAN & ASSOCIATES LLC, AND
ANNE WARR CURRY, INDIVIDUALLY

V.

WILLIAM JOHNSON, INDIVIDUALLY,
AND AS DIRECTOR OR THE ALABAMA
DEPARTMENT OF ECONOMIC AND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv906-T

TO: (Name and address of Defendant)

ALABAMA WORKFORCE INVESTMENT BOARD
HONORABLE EDWARD DAVIS
401 ADAMS AVENUE
MONTGOMERY, ALABAMA 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HONORABLE LETTA DILLARD GORMAN
222 PALM BEACH DRIVE
PANAMA CITY BEACH, FL 32413

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10/3/05

CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, NORTHERN DIVISION__

LETTA D. GORMAN, INDIVIDUALLY,
DBA GORMAN & ASSOCIATES LLC, AND
ANNE WARR CURRY, INDIVIDUALLY

V.

WILLIAM JOHNSON, INDIVIDUALLY,
AND AS DIRECTOR OR THE ALABAMA
DEPARTMENT OF ECONOMIC AND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv906-T

TO: (Name and address of Defendant)

ALABAMA DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS
HONORABLE EDWARD DAVIS
401 ADAMS AVENUE
MONTGOMERY, ALABAMA 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HONORABLE LETTA DILLARD GORMAN
222 PALM BEACH DRIVE
PANAMA CITY BEACH, FL 32413

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  10/3/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

LETTA D. GORMAN, INDIVIDUALLY,
DBA GORMAN & ASSOCIATES LLC, AND
ANNE WARR CURRY, INDIVIDUALLY

V.

WILLIAM JOHNSON, INDIVIDUALLY,
AND AS DIRECTOR OR THE ALABAMA
DEPARTMENT OF ECONOMIC AND

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv906-T

TO: (Name and address of Defendant)

WILLIAM JOHNSON
401 ADAMS AVENUE
MONTGOMERY, ALABAMA 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HONORABLE LETTA DILLARD GORMAN
222 PALM BEACH DRIVE
PANAMA CITY BEACH, FL 32413

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 10/3/05