IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Letta Dillard Gorman, et al., ) | |
| ) | |
| Plaintifs, ) | |
| v. ) | CASE NO. 2:05cv906-T |
| ) | |
| William Johnson et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 7th day of October, 2005.

      /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE