**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery  10/6/05

C. Signature
X                                          ☐ Agent
                                           ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

**Alabama Department of Economic and
Community Affairs (ADECA)
401 Adams Avenue
Montgomery, AL 36130**

S + C 05-906

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☑ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number    7002 2030 0004 1466 7853

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952