**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

October 25, 2005

## NOTICE OF DEFICIENCY

**To:**         Letta Gorman

**From:**       Clerk's Office

**Case Style:** Gorman, et al.  vs.  Johnson, et al.

**Case Number:** 2:05cv906

**Referenced Pleading:**  Motion to Amend
                          Document #6

**The above referenced pleading filed by electronic means on 10/24/05 does not contain your electronic signature on the pleading or the certificate of service as required by Civil Administrative Procedure II-C.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit corrected document to the Clerk's office by CONVENTIONAL means.**

`DO NOT FILE CORRECTION ELECTRONICALLY.`

.