IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, individually and d/b/a GORMAN & ASSOCIATES, LLC, and ANNE WARR CURRY, ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) | 2:05-CV-00906-B |
| WILLIAM JOHNSON, individually, and as DIRECTOR OF THE ALABAMA DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS, THE ALABAMA WORKFORCE INVESTMENT BOARD, et al., ) ) ) ) ) ) | |
| Defendants. ) | |

## O R D E R

This case having been referred on October 7, 2005, to the undersigned Magistrate Judge for action or recommendation on all pretrial matters, it is, for good cause shown on the docket sheet, **ORDERED** as follows:

The parties are DIRECTED to be mindful of the requirements of this District's civil practice rules as well as the Federal Rules of Civil Procedure, including the following:

    **1.**    **Rule 26(f) Conference and Report**

Pursuant to FED. R. CIV. P. 26(f) and M.D. Ala. LR 26.2(b), the parties shall confer as soon as practicable "to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. The attorneys of record and all unrepresented parties are jointly responsible for arranging the conference, for attempting in good faith to agree on the proposed discovery plan, and for submitting to the court a written report outlining the plan. The

**Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not later than November 30, 2005.** The report of the parties should comply with Form 35, Appendix of Forms to the Federal Rules of Civil Procedure.

    2.    **Dispositive Motions**

The longstanding practice in this district is that dispositive motions shall be filed no later than 90 days prior to the pretrial date. If the parties seek to vary from that schedule, they should present, in the plan, specific case-related reasons for the requested variance.

    3.    **Scheduling for Trial**

The court may or may not hold a scheduling conference before issuing a scheduling order, and counsel may indicate any preference on the Rule 26(f) report. If the court sets a scheduling conference, counsel may participate by conference call as circumstances may warrant.

This case will be set for trial during one of the assigned judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

DONE this 28th day of October, 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE