IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, indiv. and d/b/a GORMAN & ASSOCIATES LLC, and ANNE WARR CURRY, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM JOHNSON, indiv. and as DIRECTOR OF THE ALABAMA DEPT. OF ECONOMIC AND COMMUNITY AFFAIRS, THE ALABAMA WORKFORCE INVESTMENT BOARD, et al <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO.: CV-05-906-T ) ) ) ) ) ) ) ) |

**AMENDED ANSWER TO COMPLAINT**

**COMES NOW,** W. Mark Anderson, IV, who has entered an appearance answered Plaintiffs' complaint for Defendants, William Johnson, individually and as Director of the Alabama Department of Economic and Community Affairs, the Alabama Workforce Investment Board (hereinafter WIB), and hereby notices his appearance for Defendant Alabama Department of Economic and Community Affairs (hereinafter ADECA) and further states as follows:

1. Due to the lack of the inclusion of ADECA in the style of the case and the lack of ADECA being named as a Defendant in the "Parties" section of the complaint, Defendants' counsel did not notice appearance for ADECA or answer the complaint on their behalf.

2. Defendants counsel later was informed by the clerk of this Court that ADECA was served as a defendant in this case.

3. Defendants counsel hereby amends the answer to include ADECA as a represented defendant and incorporates and restates all defenses and answers stated in the original answer on behalf of ADECA as if fully set out herein.     \

**RESPECTFULLY SUBMITTED**, this the 28th day of October, 2005.

    Respectfully submitted,


    /s/ W. Mark Anderson, IV
    W. Mark Anderson, IV(AND059)
    Attorney for Defendants

OF COUNSEL:
Charles W. Edmondson, P.C.
621 South Perry Street
Montgomery, Alabama 36104
Telephone:     (334) 265-9034
Facsimile:     (334) 265-9425
E-mail:          wmaiv@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record listed below:

>Letta Dillard Gorman
>222 Palm Beach Drive
>Panama City Beach, Florida 32413

by filing the same with the CM/ECF system for the U.S. District Court for the Middle District of Alabama, on this the 28th day of October, 2005.

<u>/s/ W. Mark Anderson, IV</u>
W. Mark Anderson, IV