**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 2, 2005

## NOTICE OF CORRECTION

**To:**              **Counsel of Record**

**From:**            **Clerk's Office**

**Case Style**       **Gorman, et al.  vs. Johnson, et al.**
                     **Civil Action No.  2:05cv906**

**Referenced Pleading   Motion to Amend Complaint**
                        **Document 6**

This Notice of Correction filed in the above referenced case to enter the
corrected signature pages into the record and to correct the deficiency.