IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 2:05-CV-00906-B |
| WILLIAM JOHNSON, et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

COME NOW H. William Wasden and John P. Kavanagh, Jr. of the law firm Bowron, Latta & Wasden, P.C., and file this, their Notice of Appearance on behalf of Defendant Alabama Department of Economic and Community Affairs.

Respectfully submitted,

_____
H. WILLIAM WASDEN (WASDW4276)
hww@bowronlatta.com
JOHN P. KAVANAGH, JR. (KAVAJ1011)
jpk@bowronlatta.com

OF COUNSEL:

BOWRON, LATTA & WASDEN, P. C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:   251-344-5151
Facsimile:    251-344-9696

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 28th day of November, 2005 served a copy of the foregoing by depositing the same in the United States mail, properly addressed with first class postage prepaid, to the following counsel of record:

Letta D. Gorman, Esquire
Post Office Box 231196
Montgomery, Alabama 36123

Walter M. Anderson, IV, Esquire
LAW OFFICE OF EDMONDSON ANDERSON
621 South Perry Street
Montgomery, Alabama 36111

_____
COUNSEL