## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:05-CV-00906-MHT-DRB |
| | ) |
| WILLIAM JOHNSON, et al., | ) |
| | ) |
|     Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1.    Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on November 29, 2005, and was attended by:

Letta Dillard Gorman, for Plaintiffs, and

John P. Kavanagh, Jr., for Defendants.

2.    Pre-Discovery Disclosures. The parties will exchange by January 31, 2006, the information required by Fed.R.Civ.P. 26(a)(1).

3.    Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    A.    Discovery will be needed on the following subjects:

        i.    Facts relevant to the claims/causes of action contained in Plaintiffs' Complaint;
        ii.    Claimed damages of Plaintiffs;
        iii.    Affirmative defenses raised by Defendants;

    B.    All discovery commenced in time to be completed by June 30, 2006.

    C.    Maximum of twenty-five (25) interrogatories by each party to any other party. Responses due thirty (30) days after service.

    D.    Maximum of twenty-five (25) requests for admission by each party to any other party. Responses due thirty (30) days after service.

    E.    Maximum of ten (10) depositions by Plaintiffs and ten (10) by Defendants.

    F.    Each deposition limited to maximum of six (6) hours unless extended by agreement of Parties.

    G.    Reports from retained experts under Rule 26(a)(2) due:

        C    From Plaintiffs by April 21, 2006; and,
        C    From Defendants by May 21, 2006.

    H.    Supplementations under Rule 26(e) due no later than thirty (30) days prior to discovery cut-off.

4.    <u>Other Items</u>:

    A.    The Parties do not request a conference with the Court before the entry of the Scheduling Order.

    B.    The Parties Request a Pretrial Conference during the week of September 11, 2006.

    C.    Plaintiffs should be allowed until January 31, 2006, to join additional parties and until January 31, 2006, to amend the pleadings.

    D.    Defendants should be allowed until February 17, 2006, to join additional parties and until February 17, 2006, to amend the pleadings.

    E.    All potentially dispositive motions should be filed by June 13, 2006.

    F.    Settlement cannot be evaluated at this time, but the parties will revisit the use of alternative dispute resolution procedures once sufficient discovery has been conducted to better evaluate their respective claims and defenses.

    G.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

        C    From Plaintiffs by August 11, 2006; and
        C    From Defendants by August 25, 2006.

    H.    Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

I.   This case should be ready for trial during Honorable Myron H. Thompson's civil jury term commencing on October 2, 2006 (Montgomery), and at this time is expected to take 3 - 5 days to try.

Respectfully submitted this the 30th day of November, 2005.

John P. Kavanagh, Jr., represents that he has express authority from Letta Dillard Gorman, counsel for Plaintiffs, to affix Ms. Gorman's electronic signature to the instant Rule 26(f) Report of Parties' Planning Meeting.

   S/Letta Dilllard Gorman
LETTA DILLARD GORMAN (GOR026)
*lettag@comcast.com*
*legaleagle1932@aol.com*
Attorney for Plaitniffs

OF COUNSEL:

LAW OFFICE OF LETTA DILLARD GORMAN
Post Office Box 231196
Montgomery, Alabama 36123
222 Palm Beach Drive
Panama City Beach, Florida 32413
Telephone     (850) 236-0911

   S/John P. Kavanagh, Jr.
H. WILLIAM WASDEN (WASDW4276)
*hww@bowronlatta.com*
JOHN P. KAVANAGH, JR. (KAVAJ1011)
*jpk@bowronlatta.com*
Attorney for Defendants

OF COUNSEL:

BOWRON, LATTA & WASDEN, P. C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:   251-344-5151
Facsimile:   251-344-9696

## CERTIFICATE OF SERVICE

      I do certify that I have on this the 30th day of November, 2005, electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of the filing to the following:

Walter M. Anderson, IV, Esquire
LAW OFFICE OF EDMONDSON ANDERSON
621 South Perry Street
Montgomery, Alabama  36111
*wmaiv@msn.com*

                                           S/John P. Kavanagh, Jr      .
                                           COUNSEL