IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LETTA DILLARD GORMAN, indiv. and** ) | |
| **d/b/a GORMAN & ASSOCIATES LLC,** ) | |
| **and ANNE WARR CURRY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.: CV-05-906-T |
| ) | |
| **WILLIAM JOHNSON, indiv. and as** ) | |
| **DIRECTOR OF THE ALABAMA DEPT.** ) | |
| **OF ECONOMIC AND COMMUNITY** ) | |
| **AFFAIRS, THE ALABAMA WORKFORCE** ) | |
| **INVESTMENT BOARD, et al** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

**COMES NOW,** W. Mark Anderson, IV, and respectfully requests that this Honorable Court will allow him to withdraw as attorney for all party Defendants in the above referenced case. As grounds therefore counsel states that all Defendants are now represented by other counsel. Wherefore, premises considered, W. Mark Anderson, IV, respectfully requests that this Court will allow him to withdraw as counsel of record for the Defendants in this matter.

**RESPECTFULLY SUBMITTED**, this the 9th day of January, 2006.

Respectfully submitted,

*/s/ W. Mark Anderson, IV*
W. Mark Anderson, IV(AND059)
Attorney for Defendants

OF COUNSEL:
Charles W. Edmondson, P.C.
621 South Perry Street
Montgomery, Alabama 36104

| | |
|---|---|
| Telephone: | (334) 265-9034 |
| Facsimile: | (334) 265-9425 |
| E-mail: | wmaiv@msn.com |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record listed below:

>Letta Dillard Gorman
>222 Palm Beach Drive
>Panama City Beach, Florida 32413

by filing the same with the CM/ECF system for the U.S. District Court for the Middle District of Alabama, on this the 9th day of January, 2006.

*/s/ W. Mark Anderson, IV*
W. Mark Anderson, IV
