IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Letta Dillard Gorman, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:05cv0906-MHT |
| | ) | |
| William Johnson, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

It is hereby ORDERED that this court's order (Doc. 3) dated October 7, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE