UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, ET AL., ) | |
| ) | |
| Plaintiffs, ) | CASE NO. 2:05-CV-00906-WKW |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM JOHNSON, ET AL., ) | |
| ) | |
| Defendants ) | |

**MOTION TO DISMISS DUE TO LACK OF SUBJECT-MATTER JURISDICTION**

COME NOW Defendants William Johnson, Individually and in his Official Capacity as Director of the Alabama Department of Economic and Community Affairs, the Alabama Department of Economic and Community Affairs ("ADECA"), and the Alabama Workforce Investment Board ("WIB"), and move the Court to dismiss this suit due to lack of subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

1. Plaintiffs attempt to invoke "diversity of citizenship," 28 U.S.C. § 1332, as the basis for this Court's exercising subject-matter jurisdiction. See Amended Complaint, at ¶ 2. (Doc. No. 11).

2. However, Plaintiff Gorman & Associates, LLC is an Alabama business entity, and Plaintiff Anne Warr Curry is a resident of Montgomery, Alabama. See Amended Complaint, at ¶¶ 2, 6 and 7. (Doc. No. 11). The governmental defendants (ADECA and WIB) are identified as agencies or organizations "located in the State of Alabama." Id., at ¶ 2. Clearly, complete diversity necessary to establish jurisdiction under § 1332 is not present.

3. Defendants move the Court to dismiss this suit as there is no basis for subject-matter jurisdiction. Fed. R. Civ. P. 12(h)(3) ("Whenever it appears by suggestion of the parties

or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action.").

WHEREFORE, based on the foregoing, Defendants show that the instant matter is due to be dismissed.

                                              Respectfully submitted,

                                              s/John P. Kavanagh, Jr.
                                              H. WILLIAM WASDEN (WASDW4276)
                                              *hww@bowronlatta.com*
                                              JOHN P. KAVANAGH, JR. (KAVAJ1011)
                                              *jpk@bowronlatta.com*
                                              Attorneys for Defendants

OF COUNSEL:

BOWRON, LATTA & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama  36616
Telephone:    251-344-5151
Facsimile:    251-344-9696

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this   23rd day of   January  , 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Letta Dillard Gorman, Esquire
    Post Office Box 231196
    Montgomery, Alabama 36123
    *letta@comcast.net*
    *legaleagle1932@aol.com*

    Walter Mark Anderson, IV
    Law Office of Edmondson Anderson
    621 South Perry Street
    Montgomery, Alabama  36111
    *wmaiv@msn.com*

                                              s/John P. Kavanagh, Jr.
                                              COUNSEL