IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-CV-906-WKW |
| | ) |
| WILLIAM JOHNSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion to Dismiss (Doc. #20) filed on January 23, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on February 27, 2006.

It is further ORDERED that the plaintiffs file a response which shall include a brief and any evidentiary materials on or before February 10, 2006. The defendants may file a reply brief on or before February 27, 2006.

*The parties are requested to submit a paper courtesy copy of the motions, briefs and exhibits to the Chambers of the undersigned.*

DONE this day 27th of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE