**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

February 10, 2006

## NOTICE OF DEFICIENCY

To:      Attorney Letta Gorman

From:   Clerk's Office

Case Style:   Gorman et al. vs. Johnson et al.

Case Number: 2:05cv96-WKW

　　　　Referenced Pleading:   Motion to Amend (Doc. #22)

Notice is hereby given that the referenced deficient pleading was filed on Feb. 9, 2006 by electronic means and is deficient for the following reason:

*The pleading is all missing all electronic signatures.*

The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by <u>**CONVENTIONAL**</u> *(mail)* the signature pages of the referenced documents containing your electronic signatures as explained in the Civil Administrative Procedures, <u>**ALONG WITH A COPY OF THIS NOTICE.**</u>

<u>***DO NOT E-FILE YOUR CORRECTION........IT MUST BE MAILED TO THE CLERK'S OFFICE.***</u>