UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, ET AL. ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| VS. ) | CASE NO. 2:05-CV-00906-WKW |
| ) | |
| WILLIAM JOHNSON, ET AL. ) | |
| ) | |
| DEFENDANTS ) | |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS WITH SUPPORTING BRIEF AND IN THE ALTERNATIVE MOTION TO REMAND**

COME NOW the Plaintiffs, Letta Dillard Gorman in her individual capacity and as the operating manager of Gorman & Associates LLC, Gorman & Associates LLC, and Anne Curry and object to the Defendants' Motion To Dismiss this cause for lack of subject matter jurisdiction and provide the following in support thereof:

1. Plaintiffs invoked the "diversity of citizenship" basis under U.S.C. 28 §1332 for this Court's exercising subject matter jurisdiction since Letta Dillard Gorman is a bona fide resident of the State of Florida, and Gorman & Associates LLC, which while organized in the State of Alabama operates out of the State of Florida with Letta Dillard Gorman as the principal member and operating manager and the remaining members all residents of the State of Florida. Plaintiffs maintain that this basis is valid for exercising subject matter jurisdiction in this matter.

2. The primary claim in this matter is for breach of contract between Gorman & Associates LLC and the Defendants. Plaintiff Anne Curry, as the only

      plaintiff living in Alabama, has supplemental claims for libel, slander, and defamation of character.

3. Diversity jurisdiction—the subject-matter jurisdiction of the federal courts to decide disputes between citizens of different states[1]—is a provision of long-standing and disputed historical purpose. The traditional, most common explanation of diversity jurisdiction's purpose is the protection of out-of-state litigants from local bias by state courts. The potential for bias by the state courts in this matter is great since the Alabama Department of Economic and Community Affairs (ADECA) is a department of the state, the Alabama Workforce Investment Board is administered through ADECA, and William Johnson is an appointed cabinet member and director of ADECA.

Further, should this Court determine that there does not exist a diversity of citizenship, the Plaintiffs move this honorable Court to allow them to amend their Complaint to reflect a federal question pursuant to U.S.C. 28 §1331 as the basis for subject matter jurisdiction and provide the following in support thereof:

4. The Defendants in this matter are either units of state government, affiliates of state government or employees of state government of the State of Alabama.

5. The primary economic basis of the operation of the Defendant units is federal monies.

6. The multi-million dollar contract at issue in this matter involves 100% federal funding from the U.S. Department of Labor. Thus, the Contract Clause of the U.S. Constitution governs the contract between ADECA and

the U.S. Department of Labor and its subsequent subcontracts with the Gorman & Associates LLC.

Further, should this Court determine that neither a diversity of citizenship nor a federal question exists as a basis for subject matter jurisdiction of this cause, Plaintiffs move this honorable Court to remand this matter to the appropriate state court for consideration pursuant to Rule 20 and 21 of the Federal Rules of Civil Procedure. Pursuant to this Court's Order, plaintiffs have attached a brief in support of this objection and pending motions.

Respectfully submitted this the 10th day of February 2006.

/s/ Letta Dillard Gorman
Attorney for Plaintiffs

Law Office of Letta Dillard Gorman
P.O. Box 231196
Montgomery, Alabama 35123
(850) 236-0911
lettag@comcast.net

### CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing electronically with the Clerk of the Court on this the 10th day of February 2006. Notification of such filing will be sent to the following:

Bowron, Latta & Wasden P.C.
P.O. Box 16046
Mobile, Alabama 36616
(251) 344-5151
FAX (251) 344-9696

/s/ Letta Dillard Gorman
Attorney for Plaintiffs