**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Letta D. Gorman et al.  vs.  William Johnson et al.**

**Case Number: 2:05cv906-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 2/10/06 in accordance with amended Federal Rules of Civil Procedure 5(e).  Reference is made to document # 24   filed on 2/10/06 that was scanned backwards.**