**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 15, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Letta Dillard Gorman vs. William Johnson et al.**

**Case Number: 2:05cv906-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 2/9/06 in accordance with amended Federal Rules of Civil Procedure 5(e). Reference is made to document # 22   filed on   2/9/06 without electronic signatures.**