IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LETTA DILLARD GORMAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM JOHNSON, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-906-WKW<br>(WO) |

### **ORDER**

This action is presently before the Court on the plaintiffs' Motion to Alter Judgment (Doc. # 31), filed on July 3, 2006. Upon consideration, it is hereby ORDERED that the motion is DENIED.

Done this the 10th day of July, 2006.

                                            /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE